

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00213-CV

_____

IN RE CHRISTOPHER CAYWOOD, Relator

---

Original Proceeding
415th District Court of Parker County, Texas
Trial Court No. CV20-0413

---

Before Wallach, Gabriel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, real party in interest's response, and relator's reply and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: July 30, 2020